**United States District Court**
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

CARMANAH TECHNOLOGIES CORPORATION          NO. CV 07-03450 WDB

8
            Plaintiff,                     **CLERK'S NOTICE RE: FAILURE
9     v.                                   TO FILE ELECTRONICALLY
                                           DOCKET NO. 1.**
10

SOLAR OUTDOOR LIGHTING, INC.

11
            Defendant.
12    _____/

13

14    On July 2, 2007, counsel for Plaintiff filed a Complaint, docket #1, manually, on paper.  This case has

15    been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

16

17    The above mentioned  paper document has been filed and docketed. However, General Order 45

18    provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

19    presumptively  designated"  as  e-filing  cases. Therefore, counsel for Plaintiff should submit the

20    Complaint, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed

21    to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**

22    button and follow the procedure listed there).   Do *not* e-file a document which has been previously filed

23    on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

24

25    Dated: July 18, 2007                          Cynthia Lenahan
                                                    Deputy Clerk
26

27

28