TOWNSEND AND TOWNSEND AND CREW LLP
Theodore T. Herhold (State Bar No. 122895) (*ttherhold@townsend.com*)
Steven C. Kam (State Bar No. 238412) (*sckam@ townsend.com*)
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
CARMANAH TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARMANAH TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR OUTDOOR LIGHTING, INC., <br><br> Defendant. | Case No.   C 07-03450 WDB <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND [PROPOSED] ORDER** |

      Plaintiff Carmanah Technologies Corp. ("Carmanah") hereby requests the court to continue the Case Management Conference currently scheduled for October 9, 2007 for fifty-six calendar days to December 4, 2007, with parties' statements relating thereto to be due November 27, 2007, and submits a [Proposed] Order to that effect.

      This case is an action for patent infringement of U.S. Patent No. 6,355,989 and U.S. Patent No. 6,621,177.  Carmanah filed its complaint on July 2, 2007 against Defendant Solar Outdoor Lighting, Inc.  Though the complaint has not yet been formally served upon the Defendant, the parties are presently engaged in negotiations related to settlement and possible licensing of the patents at issue. Plaintiff seeks the proposed Order continuing the Case Management Conference date in order to effectuate service of process upon the defendant and to assist the parties' efforts to reach an alternative resolution to the matter.

| | |
|---|---|
| DATED: October 1, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |

By:     /s/ Steven C. Kam
Theodore T. Herhold
Steven C. Kam

Attorneys for Plaintiff Carmanah Technologies Corp.

## **ORDER**

After consideration of Plaintiff Carmanah Technologies Corporation's request and good cause being shown, this Court hereby orders that the Case Management Conference currently scheduled for October 9, 2007 at 4 p.m. be continued to December 4, 2007 at 4 p.m. This Court further orders that each party's written statements relating to the Case Management Conference are due November 27, 2007.

IT IS SO ORDERED.

Dated: _____

Wayne D. Brazil
United States District Court Magistrate Judge

61166068 v1