1  TOWNSEND AND TOWNSEND AND CREW LLP
   Theodore T. Herhold (State Bar No. 122895) (*ttherhold@townsend.com*)
2  Steven C. Kam (State Bar No. 238412) (*sckam@ townsend.com*)
   379 Lytton Avenue
3  Palo Alto, California  94301
   Telephone: (650) 326-2400
4  Facsimile: (650) 326-2422

5  Attorneys for Plaintiff
   CARMANAH TECHNOLOGIES CORP.
6

7
                        UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                OAKLAND DIVISION
10

11 | CARMANAH TECHNOLOGIES CORP.,        | Case No.   C 07-03450 WDB

12 |          Plaintiff,
                                          | **REQUEST TO EXTEND THE TIME LIMIT**
13 |     v.                                | **FOR SERVICE OF THE COMPLAINT AND**
                                          | **[PROPOSED] ORDER**
14 | SOLAR OUTDOOR LIGHTING, INC.,

15 |          Defendant.

16
       Plaintiff Carmanah Technologies Corp. ("Carmanah") hereby requests the court to extend the
17
   time limit for the service of its summons and complaint against Defendant Solar Outdoor Lighting,
18
   Inc. by ninety days, and submits a [Proposed] Order to that effect.
19
       This case is an action for patent infringement of U.S. Patent No. 6,355,989 and U.S. Patent No.
20
   6,621,177.  Carmanah filed its complaint on July 2, 2007 against Defendant.  Application of Federal
21
   Rule of Civil Procedure 4(m) provides that the deadline for service in this case is, by default, October
22
   30, 2007.  Rule 4(m) also provides, however, that the court shall extend the time for service for an
23
   appropriate period should the plaintiff show good cause.
24
       Though the complaint has not yet been formally served upon the Defendant, the parties are
25
   presently engaged in negotiations related to settlement and possible licensing of the patents at issue.
26
   Defendant is well aware that the action is pending.  The parties have expressed a mutual optimism for
27
   an out-of-court resolution to the dispute.  No prejudice to Defendant will occur as a result of this
28

1  extension.  The extension will preserve the cooperative posture presently shared by the parties in their
2  negotiations.  If the deadline for service were not extended, both parties would be forced to commence
3  litigation which, given the ongoing settlement negotiations, would be against the best interests of both
4  sides.

6  DATED:  October 25, 2007               TOWNSEND AND TOWNSEND AND CREW LLP

8                           By:      /s/ Steven C. Kam
                                  Theodore T. Herhold
                                  Steven C. Kam

10                          Attorneys for Plaintiff Carmanah Technologies Corp.

## **ORDER**

13    After consideration of Plaintiff Carmanah Technologies Corporation's request and good cause
14  being shown, this Court hereby orders that the time limit for service of the summons and complaint
15  currently expiring October 30, 2007 at 4 p.m. be extended to January 28, 2008 at 4 p.m. under the
16  provisions of Federal Rule of Civil Procedure 4(m).   The Case Management Conference
17    IT IS SO ORDERED.                      currently set for December 4, 2007, is
                                              continued to Thursday, March 20, 2008, at
18                                            4:00 p.m.
    Dated:  October 25, 2007
19                                            _____
                                                Wayne D. Brazil
                                                United States District Court Magistrate Judge

22  61189698 v1