TOWNSEND AND TOWNSEND AND CREW LLP
Theodore T. Herhold (State Bar No. 122895) (*ttherhold@townsend.com*)
Steven C. Kam (State Bar No. 238412) (*sckam@townsend.com*)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiff
CARMANAH TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARMANAH TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR OUTDOOR LIGHTING, INC., <br><br> Defendant. | Case No.   C 07-03450 WDB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties to this action have executed a Settlement and License Agreement resolving all claims in this action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, notice is hereby given of Plaintiff CARMANAH TECHNOLOGIES CORP.'s dismissal of this action with prejudice, each side to bear its own attorneys' fees and costs of suit. Upon completion of all the terms and conditions of the Settlement and License Agreement, the action shall be deemed dismissed with prejudice. This Court shall retain jurisdiction to enforce the parties' settlement.

DATED: February 14, 2008

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Theodore T. Herhold
Theodore T. Herhold
Steven C. Kam

ATTORNEYS FOR PLAINTIFF
CARMANAH TECHNOLOGIES CORP.